UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:15-cv-00145-JRG-KNM
Name of party requesting extension: Apple Inc.
Is this the first application for extension of time in this case?  ☒ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/26/2015
Number of days requested:   ☐ 30 days
☐ 15 days
☒ Other  21  days

New Deadline Date: 4/9/2015    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Bradley W. Caldwell
State Bar No.: 24040630
Firm Name: Caldwell Cassady Curry P.C.
Address: 2101 Cedar Springs Road, Ste. 1000, Dallas, Texas 75201

Phone: 214-888-4848
Fax:   214-888-4849
Email: bcaldwell@caldwellcc.com

A certificate of conference does not need to be filed with this unopposed application.